## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BILLY G. LOVELESS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:05-cv-185-RLY-WGH |
| ) | |
| SEARS AND CITI CARDS, ) | |
| ) | |
| Defendants. ) | |

### Entry Concerning Selected Matters

      The court, having considered the above action and the matters which are pending, makes the following rulings:

      1.    "[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986)(quoting **FED.R.CIV.P.** 56(c)). Because the plaintiff's motion for summary judgment filed on January 10, 2006, does not do this, the motion for summary judgment is **denied.**

      2.    The plaintiff also seeks the issuance of a restraining order, contending that the *plaintiff* is in violation of the Fair Debt Collection Practices Act by calling "a third party not involved in the Sears account." The motion for a restraining order is **denied,** because the plaintiff has not identified any irreparable harm which is being suffered by him, has not provided a factual basis identifying any manner in which the court could assess his concerns about unauthorized calls, and rests his motion on a question which at this point is disputed, that being whether any party is in violation of the Fair Debt Collection Practices Act.

      **IT IS SO ORDERED.**

Date: 01/12/2006

                                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Copies to:

Billy G. Loveless
P. O. Box 1062
Princeton, IN 47670

Robert W. Rock
BOWERS HARRISON LLP
rwr@bowersharrison.com

Sears
P.O. Box 182149
Columbus, OH 43218-2149